NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGELA D. MCCURRY,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2013-3014

---

Petition for review of the Merit Systems Protection Board in case no. AT3330120013-I-1.

---

**ON MOTION**

---

## ORDER

Angela D. McCurry moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ANGELA MCCURRY V. DOJ                                    2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21